STATE OF CONNECTICUT *v.* IVAN M. SCHAFFEL

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Alfonse C. Fasano,* in support of the petition.

*Joseph B. Clark,* assistant prosecuting attorney, in opposition.

Submitted January 11—decided April 26, 1967